No. 74–1175. DELTA AIR LINES, INC. v. MCDONNELL DOUGLAS CORP. C. A. 5th Cir. Certiorari denied.

No. 74–1176. BRUBAKER ET AL. v. BOARD OF EDUCATION, SCHOOL DISTRICT NO. 149, COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–1182. UNITED BROADCASTING CO., INC., ET AL. v. ARMES. C. A. 5th Cir. Certiorari denied.

No. 74–1183. EASTERBROOK v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 74–1186. MOYA ET VIR v. CHILILI COOPERATIVE ASSN., INC., ET AL. Sup. Ct. N. M. Certiorari denied.

No. 74–1191. ILIGAN INTEGRATED STEEL MILLS, INC., ET AL. v. THE JOHN WEYERHAEUSER ET AL. C. A. 2d Cir. Certiorari denied.

No. 74–1208. TANGLEWOOD MALL, INC. v. CHASE MANHATTAN BANK (NATIONAL ASSOCIATION), TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 74–1211. NORTH AMERICAN ROCKWELL CORP. v. KNAPP. C. A. 3d Cir. Certiorari denied.

No. 74–1212. ST. PAUL FIRE & MARINE INSURANCE Co. v. HAWKEYE CHEMICAL CO. ET AL. C. A. 7th Cir. Certiorari denied.

No. 74–1230. SNELLING v. CHELTENHAM NATIONAL BANK. Super. Ct. Pa. Certiorari denied.